UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY LEE <br><br> Plaintiff, <br><br> v. <br><br> CHAD F. WOLF, ACTING SECRETARY, UNITED STATES DEPT. OF HOMELAND SECURITY, <br><br> Defendant. | CV 20-02236 PA (PJWx) <br><br> JUDGMENT |

Pursuant to the Court's July 13, 2021 Order granting summary judgment in favor of defendant Chad F. Wolf, Acting Secretary, United States Department of Homeland Security ("Defendant") and against plaintiff Brittnei Lee ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in his favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have his costs of suit.

DATED: July 13, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE